1  ACKERMANN & TILAJEF, P.C.
2  Craig J. Ackerman (State Bar No. 229832)
   Landen K. Buckley (State Bar No. 292362)
3  1180 South Beverly Drive, Suite 610
   Los Angeles, California 90035
4  Telephone: (310) 277-0614
   Facsimile: (310) 277-0635
5  cja@ackermanntilajef.com

6  Attorneys for Charles Pantaleion and Jessica Ramirez

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA
10

11 | CHARLES PANTALEION and          | Case No. 1:13-cv-01058-SAB |
12 | JESSICA RAMIREZ,                |                            |
13 |         Plaintiffs,             | **Joint Rule 41 Request for Dismissal With Prejudice of All Claims and Order Dismissing All Claims and Counter-Claims With Prejudice** |
14 |     v.                          | |
15 | GEIL ENTERPRISES, INC. dba CIS  | |
16 | SECURITY, a California Corporation and DOES 1 through 25, inclusive, | |
17 |         Defendants.             | |

18
19
20
21
22
23
24
25
26
27
28

1  Insofar as the parties have resolved all disputes between them, Plaintiffs Charles
2  Pantaleion and Jessica Ramirez ("Plaintiffs"), and Defendant Geil Enterprises, Inc. dba CIS
3  Security ("Defendant") (collectively "the Parties"), hereby stipulate, pursuant to Rule 41(a) of
4  the Federal Rules of Civil Procedure, to dismiss all claims brought by Plaintiffs and asserted
5  against Defendant in the above-referenced action with prejudice. Each side shall bear its own
6  attorneys' fees and costs.

7  It is so stipulated.

8  Dated: June 16, 2014

Respectfully submitted,

ACKERMANN & TILAJEF, P.C.


By: _____/s/_____
    Craig J. Ackermann
    Attorney for Plaintiffs
    1180 South Beverly Drive, Suite 610
    Los Angeles, CA 90035


RAIMONDO & ASSOCIATES


By: _____/s/_____
    Anthony Raimondo
    Attorney for Defendant
    7080 N. Marks Avenue
    Suite 117
    Fresno, California 93711

**ORDER**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the Parties' Joint Stipulation, the Court dismisses all claims brought by Plaintiffs and asserted against Defendant in the above-referenced action with prejudice.

Each side shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   **July 2, 2014**

UNITED STATES MAGISTRATE JUDGE